1  EDWARD R. BUELL, III (State Bar No. 240494)
   erb@severson.com
2  REBECCA S. SAELAO (State Bar No. 222731)
   rss@severson.com
3  SEVERSON & WERSON
   A Professional Corporation
4  One Embarcadero Center, Suite 2600
   San Francisco, California 94111
5  Telephone: (415) 398-3344
   Facsimile: (415) 956-0439
6
   Attorneys for Defendant s
7  WELLS FARGO BANK, N.A., WELLS FARGO
   & COMPANY, and GMAC MORTGAGE, LLC,
8  incorrectly sued as GMAC Mortgage USA
   Corporation
9

10                     UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12

13 | KARINA L. HOWE, et al.,              | Case No. 3:12-cv-06435-JCS

14 |         Plaintiffs,                   | **STIPULATION TO EXTEND WELLS FARGO BANK, N.A. AND WELLS FARGO & COMPANY'S TIME TO RESPOND TO INITIAL COMPLAINT PER LOCAL RULE 6-1(a)**

15 |   vs.

16 | BANK OF AMERICA, N.A. (USA), et al.,

17 |         Defendants.                   | Judge:   Hon. Joseph C. Spero

18

19

20

21

22

23

24

25

26

27

28

19000.1465/2572428.1                                                3:12-cv-06435-JCS
STIPULATION TO EXTEND WELLS FARGO'S TIME TO RESPOND TO COMPLAINT

1  Pursuant to Local Rule 6-1(a), plaintiffs and defendants WELLS FARGO BANK, N.A.
2  AND WELLS FARGO & COMPANY, through their respective counsel of record herein, agree
3  and stipulate as follows:
4  WELLS FARGO BANK, N.A. AND WELLS FARGO & COMPANY shall have through
5  and including April 2, 2013, to answer, move, or otherwise respond to plaintiffs' complaint.
6  This stipulation does not alter the date of any event or deadline already fixed by the Court.
7  WHEREFORE, the parties to this action agree and stipulate that WELLS FARGO BANK,
8  N.A. AND WELLS FARGO & COMPANY shall have through and including April 2, 2013, to
9  answer, move, or otherwise respond to plaintiffs' complaint.

DATED: February 22, 2013          SEVERSON & WERSON
                                  A Professional Corporation

                                  By:  /s/ Rebecca S. Saelao
                                         Rebecca S. Saelao

                                  Attorneys for Defendants WELLS FARGO BANK,
                                  N.A., WELLS FARGO & COMPANY, and GMAC
                                  MORTGAGE, LLC, incorrectly sued as GMAC
                                  Mortgage USA Corporation

DATED: February 22, 2013          THE WADSWORTH FIRM

                                  By:  /s/ Joel S. Wadsworth
                                         Joel S. Wadsworth (*pro hac vice*)

                                  Attorneys for Plaintiffs

I, Rebecca S. Saelao, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Joel S. Wadsworth has concurred in this filing.

                                         /s/     Rebecca S. Saelao

IT IS SO ORDERED
Judge Joseph C. Spero

Dated: 2/25/13