EDWARD R. BUELL, III (State Bar No. 240494)
erb@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendants
WELLS FARGO BANK, N.A., WELLS FARGO & COMPANY, and GMAC MORTGAGE, LLC, incorrectly sued as GMAC Mortgage USA Corporation

MORGAN, LEWIS & BOCKIUS LLP
DIANE L. WEBB, State Bar No. 197851
NICOLE R. SADLER, State Bar No. 275333
One Market, Spear Street Tower
San Francisco, California  94105-1126
Telephone:   415.442.1000
Facsimile:    415.442.1001
dwebb@morganlewis.com
nsadler@morganlewis.com

Attorneys for Defendant
J.P. Morgan Chase Bank, N.A.,
for itself and as acquirer of certain assets and liabilities,
incorrectly sued as JPMorgan Chase N.A.,
as successor to Washington Mutual FSB

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA L. HOWE, et al.,<br><br>    Plaintiffs,<br><br>   vs.<br><br>BANK OF AMERICA, N.A. (USA), et al.,<br><br>    Defendants. | Case No. 3:12-cv-06435-JCS<br><br>**STIPULATION TO EXTEND GMAC MORTGAGE, LLC AND J.P. MORGAN CHASE BANK, N.A.'S TIME TO RESPOND TO INITIAL COMPLAINT PER LOCAL RULE 6-1(a)**<br> AND ORDER<br>Judge:    Hon. Joseph C. Spero |

Pursuant to Local Rule 6-1(a), plaintiffs and defendants GMAC MORTGAGE, LLC, incorrectly sued as GMAC Mortgage USA Corporation ("GMACM") and J.P. Morgan Chase Bank, N.A., for itself and as acquirer of certain assets and liabilities, incorrectly sued as JPMorgan Chase N.A., as successor to Washington Mutual FSB (collectively, "JPMC"), through their respective counsel of record herein, agree and stipulate as follows:

GMACM and JPMC shall have through and including April 2, 2013, to answer, move, or otherwise respond to plaintiffs' complaint.

This stipulation does not alter the date of any event or deadline already fixed by the Court.

WHEREFORE, the parties agree and stipulate that JPMC and GMACM shall have through and including April 2, 2013, to answer, move, or otherwise respond to plaintiffs' complaint.

DATED: February 27, 2013        SEVERSON & WERSON
                                A Professional Corporation


                                By:  /s/ Rebecca S. Saelao
                                          Rebecca S. Saelao

                                Attorneys for Defendants WELLS FARGO BANK,
                                N.A., WELLS FARGO & COMPANY, and GMAC
                                MORTGAGE, LLC, incorrectly sued as GMAC
                                Mortgage USA Corporation

DATED: February 27, 2013        MORGAN LEWIS & BOCKIUS LLP


                                By:  /s/ Diane L. Webb
                                          Diane L. Webb

                                Attorneys for Defendant J.P. Morgan Chase Bank, N.A.,
                                for itself and as acquirer of certain assets and liabilities,
                                incorrectly sued as JPMorgan Chase N.A., as successor
                                to Washington Mutual FSB

DATED: February 27, 2013        THE WADSWORTH FIRM


                                By:  /s/ Joel S. Wadsworth
                                          Joel S. Wadsworth (*pro hac vice*)

                                Attorneys for Plaintiffs

1  I, Rebecca S. Saelao, am the ECF user whose identification and password were used to file
2 this Stipulation.  I hereby attest that Diane L. Webb and Joel S. Wadsworth concur in this filing.

3                                                     /s/       Rebecca S. Saelao

6 Date: February 28, 2013

*GRANTED*
*Judge Joseph C. Spero*
(United States District Court, Northern District of California seal)