Jennifer A. Jackson, California Bar No. 192998
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone:   (310) 576-2100
Facsimile:   (310) 576-2200
Email:   jennifer.jackson@bryancave.com

Bahareh Mostajelean, California Bar No. 258903
Julien E. Capers, California Bar No. 275733
**BRYAN CAVE LLP**
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:   bahareh.mostajelean@bryancave.com
         julien.capers@bryancave.com

Attorneys for Defendants
BANK OF AMERICA, N.A., individually and as successor by merger to BAC HOME LOANS SERVICING, LP (erroneously sued as BAC Home LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS, INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA L. HOWE, et al.<br><br>Plaintiffs,<br><br>v.<br><br>BANK OF AMERICA, N.A., et al.<br><br>Defendants. | CASE NO. 3:12-cv-06435-JCS<br><br>**STIPULATION TO EXTEND BANK OF AMERICA, N.A.'S TIME TO RESPOND TO INITIAL COMPLAINT PER LOCAL RULE 6-1(a)**<br><br>Date Action Filed:   December 18, 2012<br>Trial Date:   None Set<br><br>Honorable Joseph C. Spero |

Pursuant to Local Rule 6-1(a), plaintiffs and defendants Bank of America, N.A., individually and as successor by merger to BAC Home Loans Servicing, L.P. (erroneously sued as BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans, Inc.), ("Bank of America"), through their respective counsel of record herein, agree and stipulate as follows:

Bank of America shall have through and including April 2, 2013, to answer, move, or otherwise respond to plaintiffs' complaint.

This stipulation does not alter the date of any event or deadline already fixed by the Court.

WHEREFORE, the parties agree and stipulate that Bank of America shall have through and including April 2, 2013, to answer, move, or otherwise respond to plaintiffs' complaint.

Dated: March 1, 2013                **BRYAN CAVE LLP**

By:   /s/ Julien E. Capers
Julien E. Capers
Attorneys for Defendant
BANK OF AMERICA, N.A., individually and as successor by merger to BAC HOME LOANS SERVICING, LP (erroneously sued as BAC Home LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS, INC.)

Dated: March 1, 2013                **THE WADSWORTH FIRM**

By:   /s/ Joel S. Wadsworth
Joel S. Wadsworth (*pro hac vice*)
Attorneys for Plaintiffs

I, Julien E. Capers, am the ECF user whose identification and password were used to file this Stipulation. I hereby attest that Joel S. Wadsworth concurs in this filing.

Dated: 3/4/13           IT IS SO ORDERED
                        Judge Joseph C. Spero              /s/   Julien E. Capers

*Bryan Cave LLP*
*560 Mission Street, 25th Floor*
*San Francisco, CA 94105*