1  **ABDALLAH LAW GROUP**
   Mitchell L. Abdallah, SBN 231804
2  555 Capitol Mall, Suite 725
   Sacramento, CA 95814
3  Telephone: (916) 446-1974
   Facsimile: (916) 446-3371
4
   Attorneys for Plaintiffs
5  KARINA HOWE, PERRY HOWE, FIKRET DZEBIC, and TERESITA VALDEZ

6  **BRYAN CAVE LLP**
   Jennifer A. Jackson, California Bar No. 192998
7  Nafiz Cekirge, California Bar No. 255710
   120 Broadway, Suite 300
8  Santa Monica, CA 90401
   Telephone:      (310) 576-2100
9  Facsimile:      (310) 576-2200
   Email:          jennifer.jackson@bryancave.com
10                 nafiz.cekirge@bryancave.com

11 **BRYAN CAVE LLP**
   Bahareh Wullschleger, California Bar No. 258903
12 560 Mission Street, 25th Floor
   San Francisco, CA 94105
13 Telephone:      (415) 675-3400
   Facsimile:      (415) 675-3434
14 Email:          bahareh.wullschleger@bryancave.com

15 Attorneys for Defendant
   BANK OF AMERICA, N.A., (individually and as successor by merger to BAC HOME LOANS
16 SERVICING, LP (erroneously sued as BAC HOME LOANS SERVICING, LP F/K/A
   COUNTRYWIDE HOME LOANS, INC.))
17

18                    **UNITED STATES DISTRICT COURT**

19                   **NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| 21  KARINA L. HOWE, PERRY HOWE, GEORGIA BROWN, LINDA COURCY, | Case No. 3:12-CV-06435-SC |
| 22  GREGORY CROWTHER, ESTANISLAO DELGADILLO, MARIA E. DOMINIGUEZ, | Hon. Samuel Conti |
| 23  FikRET DZEBIC, GARY & PENNY FURUSHO, RIGOBERTO GODINEZ, JR. | **[~~PROPOSED~~] ORDER EXPUNGING LIS PENDENS** |
| 24  ZACHARY L, HORSAGER, JAMES M. KOSZAREK, LENNY LISNAWATI, | |
| 25  JAXON MATTHEWS, BIJU & LATHA NINAN, GILBERT & MARY JANE | |
| 26  PAYUMO, FLORENCIO & GEORGIANA SALAS, MONICO & OSMANA | |
| 27  SALVADOR , VICTORINO & ROSIE SORIANO, TERESITA VALDEZ, BIEN & | |
| 28  MERLY VALENCIA, GONZALES J. | |

| | |
|---|---|
| 1 | VARGAS, |
| 2 | Plaintiffs, |
| 3 | vs. |
| 4 | BANK OF AMERICA, N.A. (USA); BAC HOME LOANS SERVICING, LP fka |
| 5 | COUNTRYWIDE HOME LOANS, INC.; MERSCORP INC. a Delaware Corporation; |
| 6 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a |
| 7 | Delaware Corporation as nominee under The Deed of Trust; PNC BANK, N.A. (USA); |
| 8 | PNC MORTGAGE, A division of PNC BANK, N.A.; JPMORGAN CHASE BANK, |
| 9 | N,A, as successor to WASHINGTON MUTUAL FSB; WASHINGTON MUTUAL |
| 10 | FSB; WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY; NEW CENTURY |
| 11 | MORTGAGE CORPORATION; AURORA LOAN SERVICES; NATIONSTAR |
| 12 | MORTGAGE, LLC.; OCWEN LOAN SERVICING, LLC; CHICAGO TITLE |
| 13 | INSURANCE COMPANY; GREENPOINT MORTGAGE FUNDING, INC.; ONE |
| 14 | MORTGAGE NETWORK, INC.; GMAC MORTGAGE USA CORPORATION; and |
| 15 | DOES 1 through 10 without regard to the nature of legal entity, |
| 16 | |
| 17 | Defendants. |

2
[PROPOSED] ORDER EXPUNGING LIS PENDENS

SF01DOCS\158681

|    |                                                                                                                                                                                                                                                                                                                                                              |
| -- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
| 1  | **[PROPOSED] ORDER**                                                                                                                                                                                                                                                                                                                                         |

# [~~PROPOSED~~] ORDER

Having reviewed the Stipulation of Plaintiffs Karina L. Howe, Perry Howe, Fikret Dzebic, and Teresita Valdez ("Plaintiffs") and Defendants Bank of America, N.A., (individually and as successor by merger to BAC Home Loans Servicing, LP (erroneously sued as BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans, Inc.)) ("Defendants"), and upon this matter having been voluntarily dismissed, IT IS ORDERED THAT:

The Notice of Action Pending recorded by Plaintiffs Karina and Perry Howe through their attorney of record with the Marin County Assessor-Recorder on February 6, 2013 as Document No. 2013-0008671, shall be, and hereby is, expunged. The Notice pertains to that certain real property located in Marin County at 128 Pinheiro Circle, Novato, CA 94945.

**IT IS SO ORDERED.**

Dated: _____09/04/2013_____

_____
The H
Judge Samuel Conti

[PROPOSED] ORDER EXPUNGING LIS PENDENS

SF01DOCS\158681