**ABDALLAH LAW GROUP**
Mitchell L. Abdallah, SBN 231804
555 Capitol Mall, Suite 725
Sacramento, CA 95814
Telephone: (916) 446-1974
Facsimile: (916) 446-3371

Attorneys for Plaintiffs
KARINA HOWE, PERRY HOWE, FIKRET DZEBIC, and TERESITA VALDEZ

**BRYAN CAVE LLP**
Jennifer A. Jackson, California Bar No. 192998
Nafiz Cekirge, California Bar No. 255710
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone:     (310) 576-2100
Facsimile:     (310) 576-2200
Email:     jennifer.jackson@bryancave.com
       nafiz.cekirge@bryancave.com

**BRYAN CAVE LLP**
Bahareh Wullschleger, California Bar No. 258903
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:     (415) 675-3400
Facsimile:     (415) 675-3434
Email:     bahareh.wullschleger@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A., (individually and as successor by merger to BAC HOME LOANS SERVICING, LP (erroneously sued as BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS, INC.))

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA L. HOWE, PERRY HOWE, GEORGIA BROWN, LINDA COURCY, GREGORY CROWTHER, ESTANISLAO DELGADILLO, MARIA E. DOMINIGUEZ, FikRET DZEBIC, GARY & PENNY FURUSHO, RIGOBERTO GODINEZ, JR. ZACHARY L, HORSAGER, JAMES M. KOSZAREK, LENNY LISNAWATI, JAXON MATTHEWS, BIJU & LATHA NINAN, GILBERT & MARY JANE PAYUMO, FLORENCIO & GEORGIANA SALAS, MONICO & OSMANA SALVADOR , VICTORINO & ROSIE SORIANO, TERESITA VALDEZ, BIEN & MERLY VALENCIA, GONZALES J. | Case No. 3:12-CV-06435-SC<br><br>Hon. Samuel Conti<br><br>**[PROPOSED] ORDER EXPUNGING LIS PENDENS** |

| | |
|---|---|
| 1 | VARGAS, |
| 2 | Plaintiffs, |
| 3 | vs. |
| 4 | BANK OF AMERICA, N.A. (USA); BAC HOME LOANS SERVICING, LP fka |
| 5 | COUNTRYWIDE HOME LOANS, INC.; MERSCORP INC. a Delaware Corporation; |
| 6 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a |
| 7 | Delaware Corporation as nominee under The Deed of Trust; PNC BANK, N.A. (USA); |
| 8 | PNC MORTGAGE, A division of PNC BANK, N.A.; JPMORGAN CHASE BANK, |
| 9 | N,A, as successor to WASHINGTON MUTUAL FSB; WASHINGTON MUTUAL |
| 10 | FSB; WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY; NEW CENTURY |
| 11 | MORTGAGE CORPORATION; AURORA LOAN SERVICES; NATIONSTAR |
| 12 | MORTGAGE, LLC.; OCWEN LOAN SERVICING, LLC; CHICAGO TITLE |
| 13 | INSURANCE COMPANY; GREENPOINT MORTGAGE FUNDING, INC.; ONE |
| 14 | MORTGAGE NETWORK, INC.; GMAC MORTGAGE USA CORPORATION; and |
| 15 | DOES 1 through 10 without regard to the nature of legal entity, |
| 16 | |
| 17 | Defendants. |

2
[PROPOSED] ORDER EXPUNGING LIS PENDENS

SF01DOCS\158681

# [~~PROPOSED~~] ORDER

Having reviewed the Stipulation of Plaintiffs Karina L. Howe, Perry Howe, Fikret Dzebic, and Teresita Valdez ("Plaintiffs") and Defendants Bank of America, N.A., (individually and as successor by merger to BAC Home Loans Servicing, LP (erroneously sued as BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans, Inc.)) ("Defendants"), and upon this matter having been voluntarily dismissed, IT IS ORDERED THAT:

The Notice of Action Pending recorded by Plaintiffs Karina and Perry Howe through their attorney of record with the Marin County Assessor-Recorder on February 6, 2013 as Document No. 2013-0008671, shall be, and hereby is, expunged. The Notice pertains to that certain real property located in Marin County at 128 Pinheiro Circle, Novato, CA 94945.

**IT IS SO ORDERED.**

Dated: _____09/04/2013_____

_____
The H
Judge Samuel Conti