**ABDALLAH LAW GROUP**
Mitchell L. Abdallah, SBN 231804
555 Capitol Mall, Suite 725
Sacramento, CA 95814
Telephone: (916) 446-1974
Facsimile: (916) 446-3371

Attorneys for Plaintiffs
KARINA HOWE, PERRY HOWE, FIKRET DZEBIC, and TERESITA VALDEZ

**BRYAN CAVE LLP**
Jennifer A. Jackson, California Bar No. 192998
Nafiz Cekirge, California Bar No. 255710
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
Email:        jennifer.jackson@bryancave.com
              nafiz.cekirge@bryancave.com

**BRYAN CAVE LLP**
Bahareh Wullschleger, California Bar No. 258903
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:        bahareh.wullschleger@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A., (individually and as successor by merger to BAC HOME LOANS SERVICING, LP (erroneously sued as BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS, INC.))

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA L. HOWE, PERRY HOWE, GEORGIA BROWN, LINDA COURCY, GREGORY CROWTHER, ESTANISLAO DELGADILLO, MARIA E. DOMINIGUEZ, FiKRET DZEBIC, GARY & PENNY FURUSHO, RIGOBERTO GODINEZ, JR. ZACHARY L, HORSAGER, JAMES M. KOSZAREK, LENNY LISNAWATI, JAXON MATTHEWS, BIJU & LATHA NINAN, GILBERT & MARY JANE PAYUMO, FLORENCIO & GEORGIANA SALAS, MONICO & OSMANA SALVADOR , VICTORINO & ROSIE SORIANO, TERESITA VALDEZ, BIEN & MERLY VALENCIA, GONZALES J. | Case No. 3:12-CV-06435-SC<br><br>Hon. Samuel Conti<br><br>[~~PROPOSED~~] **ORDER EXPUNGING LIS PENDENS** |

1  VARGAS,

2         Plaintiffs,

3  vs.

4  BANK OF AMERICA, N.A. (USA); BAC HOME LOANS SERVICING, LP fka
5  COUNTRYWIDE HOME LOANS, INC.; MERSCORP INC. a Delaware Corporation;
6  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a
7  Delaware Corporation as nominee under The Deed of Trust; PNC BANK, N.A. (USA);
8  PNC MORTGAGE, A division of PNC BANK, N.A.; JPMORGAN CHASE BANK,
9  N,A, as successor to WASHINGTON MUTUAL FSB; WASHINGTON MUTUAL
10 FSB; WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY; NEW CENTURY
11 MORTGAGE CORPORATION; AURORA LOAN SERVICES; NATIONSTAR
12 MORTGAGE, LLC.; OCWEN LOAN SERVICING, LLC; CHICAGO TITLE
13 INSURANCE COMPANY; GREENPOINT MORTGAGE FUNDING, INC.; ONE
14 MORTGAGE NETWORK, INC.; GMAC MORTGAGE USA CORPORATION; and
15 DOES 1 through 10 without regard to the nature of legal entity,

16
        Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

2
[PROPOSED] ORDER EXPUNGING LIS PENDENS

SF01DOCS\158808

**[PROPOSED] ORDER**

Having reviewed the Stipulation of Plaintiffs Karina L. Howe, Perry Howe, Fikret Dzebic, and Teresita Valdez ("Plaintiffs") and Defendants Bank of America, N.A., (individually and as successor by merger to BAC Home Loans Servicing, LP (erroneously sued as BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans, Inc.)) ("Defendants"), and upon this matter having been voluntarily dismissed, IT IS ORDERED THAT:

The Notice of Action Pending recorded by Plaintiffs Karina and Perry Howe through their attorney of record with the Contra Costa County Assessor-Recorder on January 11, 2013 as Document No. 2013-0009532-00, shall be, and hereby is, expunged.  The Notice pertains to that certain real property located in Contra Costa County at 2212 Genoa Street, Danville, CA 95406.

**IT IS SO ORDERED.**

Dated: _____9/4/2013_____

_____
The Honorable
Judge Samuel Conti