**ABDALLAH LAW GROUP**
Mitchell L. Abdallah, SBN 231804
555 Capitol Mall, Suite 725
Sacramento, CA 95814
Telephone: (916) 446-1974
Facsimile: (916) 446-3371

Attorneys for Plaintiffs
KARINA HOWE, PERRY HOWE, FIKRET DZEBIC, and TERESITA VALDEZ

**BRYAN CAVE LLP**
Jennifer A. Jackson, California Bar No. 192998
Nafiz Cekirge, California Bar No. 255710
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone:     (310) 576-2100
Facsimile:      (310) 576-2200
Email:            jennifer.jackson@bryancave.com
                     nafiz.cekirge@bryancave.com

**BRYAN CAVE LLP**
Bahareh Wullschleger, California Bar No. 258903
560 Mission Street, 25th Floor
San Francisco, CA 94105
Telephone:     (415) 675-3400
Facsimile:      (415) 675-3434
Email:            bahareh.wullschleger@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A., (individually and as successor by merger to BAC HOME LOANS SERVICING, LP (erroneously sued as BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS, INC.))

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA L. HOWE, PERRY HOWE, GEORGIA BROWN, LINDA COURCY, GREGORY CROWTHER, ESTANISLAO DELGADILLO, MARIA E. DOMINIGUEZ, FiKRET DZEBIC, GARY & PENNY FURUSHO, RIGOBERTO GODINEZ, JR. ZACHARY L, HORSAGER, JAMES M. KOSZAREK, LENNY LISNAWATI, JAXON MATTHEWS, BIJU & LATHA NINAN, GILBERT & MARY JANE PAYUMO, FLORENCIO & GEORGIANA SALAS, MONICO & OSMANA SALVADOR , VICTORINO & ROSIE SORIANO, TERESITA VALDEZ, BIEN & MERLY VALENCIA, GONZALES J. | Case No. 3:12-CV-06435-SC<br><br>Hon. Samuel Conti<br><br>**[~~PROPOSED~~] ORDER EXPUNGING LIS PENDENS** |

| | |
|---|---|
| 1 | VARGAS, |
| 2 | Plaintiffs, |
| 3 | vs. |
| 4 | BANK OF AMERICA, N.A. (USA); BAC HOME LOANS SERVICING, LP fka |
| 5 | COUNTRYWIDE HOME LOANS, INC.; MERSCORP INC. a Delaware Corporation; |
| 6 | MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a |
| 7 | Delaware Corporation as nominee under The Deed of Trust; PNC BANK, N.A. (USA); |
| 8 | PNC MORTGAGE, A division of PNC BANK, N.A.; JPMORGAN CHASE BANK, |
| 9 | N,A, as successor to WASHINGTON MUTUAL FSB; WASHINGTON MUTUAL |
| 10 | FSB; WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY; NEW CENTURY |
| 11 | MORTGAGE CORPORATION; AURORA LOAN SERVICES; NATIONSTAR |
| 12 | MORTGAGE, LLC.; OCWEN LOAN SERVICING, LLC; CHICAGO TITLE |
| 13 | INSURANCE COMPANY; GREENPOINT MORTGAGE FUNDING, INC.; ONE |
| 14 | MORTGAGE NETWORK, INC.; GMAC MORTGAGE USA CORPORATION; and |
| 15 | DOES 1 through 10 without regard to the nature of legal entity, |
| 16 | |
| 17 | Defendants. |

2
[PROPOSED] ORDER EXPUNGING LIS PENDENS

SF01DOCS\158804

1 **[~~PROPOSED~~] ORDER**

2   Having reviewed the Stipulation of Plaintiffs Karina L. Howe, Perry Howe, Fikret Dzebic,
3 and Teresita Valdez ("Plaintiffs") and Defendants Bank of America, N.A., (individually and as
4 successor by merger to BAC Home Loans Servicing, LP (erroneously sued as BAC Home Loans
5 Servicing, LP f/k/a Countrywide Home Loans, Inc.)) ("Defendants"), and upon this matter having
6 been voluntarily dismissed, IT IS ORDERED THAT:

7   The Notice of Action Pending recorded by Plaintiff Teresita Valdez through her attorney
8 of record with the Santa Clara County Assessor-Recorder on February 6, 2013 as Document No.
9 22082987, shall be, and hereby is, expunged. The Notice pertains to that certain real property
10 located in Santa Clara County at 3058 Postwood Drive, San Jose, CA 95132.

11 **IT IS SO ORDERED.**

12 Dated: 09/04/2013
13                                                   The [signature: Judge Samuel Conti]

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]

[PROPOSED] ORDER EXPUNGING LIS PENDENS
SF01DOCS\158804