1 | **ABDALLAH LAW GROUP**
Mitchell L. Abdallah, SBN 231804
2 | 555 Capitol Mall, Suite 725
Sacramento, CA 95814
3 | Telephone: (916) 446-1974
Facsimile: (916) 446-3371
4 |
Attorneys for Plaintiffs
5 | KARINA HOWE, PERRY HOWE, FIKRET DZEBIC, and TERESITA VALDEZ

6 | **BRYAN CAVE LLP**
Jennifer A. Jackson, California Bar No. 192998
7 | Nafiz Cekirge, California Bar No. 255710
120 Broadway, Suite 300
8 | Santa Monica, CA 90401
Telephone:    (310) 576-2100
9 | Facsimile:    (310) 576-2200
Email:        jennifer.jackson@bryancave.com
10 |              nafiz.cekirge@bryancave.com

11 | **BRYAN CAVE LLP**
Bahareh Wullschleger, California Bar No. 258903
12 | 560 Mission Street, 25th Floor
San Francisco, CA 94105
13 | Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
14 | Email:        bahareh.wullschleger@bryancave.com

15 | Attorneys for Defendant
BANK OF AMERICA, N.A., (individually and as successor by merger to BAC HOME LOANS
16 | SERVICING, LP (erroneously sued as BAC HOME LOANS SERVICING, LP F/K/A
COUNTRYWIDE HOME LOANS, INC.))

17

18 | **UNITED STATES DISTRICT COURT**

19 | **NORTHERN DISTRICT OF CALIFORNIA**

20

| | |
|---|---|
| 21  KARINA L. HOWE, PERRY HOWE, GEORGIA BROWN, LINDA COURCY, 22  GREGORY CROWTHER, ESTANISLAO DELGADILLO, MARIA E. DOMINIGUEZ, 23  FikRET DZEBIC, GARY & PENNY FURUSHO, RIGOBERTO GODINEZ, JR. 24  ZACHARY L, HORSAGER, JAMES M. KOSZAREK, LENNY LISNAWATI, 25  JAXON MATTHEWS, BIJU & LATHA NINAN, GILBERT & MARY JANE 26  PAYUMO, FLORENCIO & GEORGIANA SALAS, MONICO & OSMANA 27  SALVADOR , VICTORINO & ROSIE SORIANO, TERESITA VALDEZ, BIEN & 28  MERLY VALENCIA, GONZALES J. | Case No. 3:12-CV-06435-SC  Hon. Samuel Conti  **[~~PROPOSED~~] ORDER EXPUNGING LIS PENDENS** |

| | |
|---|---|
| 1 | VARGAS, |
| 2 | Plaintiffs, |
| 3 | vs. |
| 4 | BANK OF AMERICA, N.A. (USA); BAC HOME LOANS SERVICING, LP fka COUNTRYWIDE HOME LOANS, INC.; MERSCORP INC. a Delaware Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation as nominee under The Deed of Trust; PNC BANK, N.A. (USA); PNC MORTGAGE, A division of PNC BANK, N.A.; JPMORGAN CHASE BANK, N,A, as successor to WASHINGTON MUTUAL FSB; WASHINGTON MUTUAL FSB; WELLS FARGO BANK, N.A.; WELLS FARGO & COMPANY; NEW CENTURY MORTGAGE CORPORATION; AURORA LOAN SERVICES; NATIONSTAR MORTGAGE, LLC.; OCWEN LOAN SERVICING, LLC; CHICAGO TITLE INSURANCE COMPANY; GREENPOINT MORTGAGE FUNDING, INC.; ONE MORTGAGE NETWORK, INC.; GMAC MORTGAGE USA CORPORATION; and DOES 1 through 10 without regard to the nature of legal entity, |
| | Defendants. |

2
[PROPOSED] ORDER EXPUNGING LIS PENDENS

SF01DOCS\158804

**[~~PROPOSED~~] ORDER**

Having reviewed the Stipulation of Plaintiffs Karina L. Howe, Perry Howe, Fikret Dzebic, and Teresita Valdez ("Plaintiffs") and Defendants Bank of America, N.A., (individually and as successor by merger to BAC Home Loans Servicing, LP (erroneously sued as BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans, Inc.)) ("Defendants"), and upon this matter having been voluntarily dismissed, IT IS ORDERED THAT:

The Notice of Action Pending recorded by Plaintiff Teresita Valdez through her attorney of record with the Santa Clara County Assessor-Recorder on February 6, 2013 as Document No. 22082987, shall be, and hereby is, expunged. The Notice pertains to that certain real property located in Santa Clara County at 3058 Postwood Drive, San Jose, CA 95132.

**IT IS SO ORDERED.**

Dated: 09/04/2013

_____
The [signature: Judge Samuel Conti]
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA